UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26–CV–24271–FAM

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**APPROXIMATELY $1,113,748.23 IN U.S. CURRENCY SEIZED FROM ACCOUNT NO. 898118513086 AT BANK OF AMERICA, N.A. IN THE NAME OF H SERVICES CORP.**

**Defendant *In Rem.***

**ORDER OF FORFEITURE BY DEFAULT JUDGMENT**

**THIS CAUSE** is before the Court upon motion of the United States for entry of an Order of Forfeiture by Default Judgment against the above-captioned Defendant in Rem. Being fully advised in the record in this matter and for good cause shown, the Court finds as follows:

1. On June 18, 2026, the United States filed a Verified Complaint for Forfeiture in Rem ("Verified Complaint") alleging that the following Defendant In Rem ("Defendant Asset"), was subject to forfeiture to the United States, pursuant to 18 U.S.C. § 981(a)(1), and the procedures set forth in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), and the Federal Rules of Civil Procedure:

- Approximately $1,113,748.23 in U.S. currency seized formerly on deposit in account number 898118513086 held at Bank of America, N.A. in the name of H Services Corp.

Verified Complaint, (**D.E. 1**).

2. On June 18, 2026, the Clerk of the Court issued a Warrant for Arrest *In Rem* for the Defendant Asset. *See* Warrant In Rem, (**D.E. 3**).

3. The United States published notice of this action on an official internet government site for at least 30 consecutive days between June 24, 2026 and July 23, 2026, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules. *See* Decl. of Publication, (**D.E. 6**).

4. In accordance with Rule G(4)(b) of the Supplemental Rules, the Government served direct notice of the instant civil forfeiture action and a copy of the Verified Complaint to potential claimants to the Defendant Asset. *See* Decl. of Agent Hernandez at 2, attached hereto as Exhibit 1.

5. The Government also sent direct notice of the instant civil forfeiture action and a copy of the Verified Complaint via FedEx and first-class mail to potential claimants to the Defendant Asset. *See* Exhibit 1 at 3-4, (Direct Notice Letters and FedEx Confirmations).

6. None of the known potential claimants are minors, mentally incompetent, or in military service in the United States. *See* Exhibit 1 at 2.

7. To date, no claims have been filed for the Defendant Asset, and the time for doing so has expired.

8. On September 16, 2026, the Clerk of the Court entered a Default against the Defendant Asset. *See* Clerk's Default, (**D.E. 11**).

9. The Motion established that the Court had subject-matter and in rem jurisdiction over the Defendant Asset, the United States properly effectuated service of process, and that well-pleaded factual allegations of the Verified Complaint state a claim where relief may be granted.

**THEREFORE**, the United States' Motion is **GRANTED**, and it is hereby,

**ORDERED AND ADJUDGED** that:

1. Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, default judgment is entered in favor of the United States and against the following property, and against all other persons for failure to timely plead, answer, or otherwise defend the Defendant Asset:

- Approximately $1,113,748.23 in U.S. currency seized formerly on deposit in account number 898118513086 held at Bank of America, N.A. in the name of H Services Corp.

2. The Defendant Asset is forfeited to the United States of America;

3. Any duly authorized law enforcement official may seize, take possession, and dispose of the Defendant Asset according to law; and

4. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of September 2026.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

cc: Assistant United States Attorney Sandra Demirci (2 certified copies).